

RECEIVED
APR 1 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| HOLLY RHODES, ET AL | CIVIL ACTION NO. 6:06CV1250 |
| VERSUS | JUDGE DOHERTY |
| MARK PHILLIP WILLMORE, ET AL | MAGISTRATE JUDGE METHVIN |

### ORDER

CONSIDERING THE ABOVE MOTION:

LET the above entitled and numbered causes be dismissed with prejudice, with each party to bear its own costs.

LAFAYETTE, LOUISIANA, this 16 day of April, 2007.

JUDGE, United States District Court